IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA and CELEBREX Marketing, Sales Practice and Product Liability Litigation | ) | MDL Docket No. 1699<br>Hon. Charles R. Breyer |
| This document relates to: | ) | Civil Action No. C - 05-04583 |
| WILLIAM ARMBRUSTER, individually and as heir at law for Christopher Armbruster, decedent; and CHARLENE ARMBRUSTER, individually and as heir at law Christopher Armbruster, decedent,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., Inc.; GD SEARLE; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC. | ) | [Transferred from USDC Southern District of California Case No. 05-cv-1193]<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Now come the parties in the above-referenced matter, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby STIPULATE that the claims of Plaintiffs, WILLIAM ARMBRUSTER and CHARLENE ARMBRUSTER, are hereby dismissed WITH PREJUDICE, in their entirety. Each party is to bear its own costs.

///

///

///

///

///

This stipulation is filed on behalf of the above-named Plaintiffs and all Defendants in the above-captioned matter, against whom the claims in the Complaint shall be dismissed with prejudice in their entirety by the Court's approval of this Stipulation.

Date: 11/21/05 by: ____________________

Marcus Petoyan, Esq. SBN 109817
GIANNI ✦ PETOYAN
17383 Sunset Blvd., Suite A 340
Pacific Palisades, CA 90272
Tel: 310/230-6767 Fax: 310/230-6051
**Attorneys for Plaintiffs William Armbruster and Charlene Armbruster**

Dated: ____________ by: ____________________

Peter E. Schnaitman, Esq.
Tucker, Ellis & West
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017
Tel: 213430-3400
**Attorneys for G.D. Searle, Pharmacia Corporation, Monsanto Company, and Pfizer, Inc.**

Date: ____________ by: ____________________

Andrea L. McDonald Hicks, Esq.
REED SMITH, LLP
P.O. Box 2084
Oakland, CA 94604
Tel: 510/763-2000
**Attorneys for Defendant Merck & Company, Inc.**

**~~[PROPOSED]~~ ORDER**

APPROVED AND SO ORDERED.

November 22, 2005

____________________
United States District Court

UNITED STATES DISTRICT COURT
APPROVED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA